An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES CURTIS IVEY, JR.,
                    Appellant,
        vs.
THE STATE OF NEVADA,
                    Respondent.

No. 68223

**FILED**

SEP 0 9 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
          DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

Our preliminary review of this appeal revealed a jurisdictional defect. Specifically, it appeared the notice of appeal was untimely filed. The judgment of conviction was entered on May 12, 2015; the notice of appeal was therefore due by June 11, 2015. The notice of appeal in this matter was filed on June 12, 2015, one day after the expiration of the prescribed 30-day appeal period. *See* NRAP 4(b)(1)(A). Accordingly, on June 25, 2015, we ordered appellant's counsel to show cause why this appeal should not be dismissed for lack of jurisdiction. *See Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) ("[A]n untimely notice of appeal fails to vest jurisdiction in this court."). In response to the show-cause order, appellant's counsel concedes the appeal is untimely. Because the notice of appeal was not timely filed, we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

15-27299

cc: Hon. Stefany Miley, District Judge
Carmine J. Colucci & Associates
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A